**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7681**

ISAAC WOODS,

  Petitioner - Appellant,

  v.

SARA REVELL, Warden,

  Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Terrence W. Boyle, District Judge.   (5:11-hc-02134-BO)

Submitted:  February 8, 2013     Decided:  February 21, 2013

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Isaac Woods, Appellant Pro Se.  Christina Ann Kelley, BUREAU OF PRISONS, Butner, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Isaac Lee Woods appeals the district court's orders and judgment denying his 28 U.S.C. § 2241 (2006) petition and denying his motion for reconsideration. We affirm for the reasons cited by the district court. See Woods v. Revell, No. 5:11-hc-02134-BO (E.D.N.C. July 25, 2012; Aug. 14, 2012). Insofar as Woods claims he was denied notice that the court would construe the Government's motion as a motion for summary judgment, we note that the motion clearly stated it was a summary judgment motion. In addition, Woods was given timely notice of his right to respond to the motion and the consequences if he failed to adequately do so.

Accordingly, we affirm the district court's orders and judgment. We grant Woods' motion for leave to proceed in forma pauperis and deny his motion to strike. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2